# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZELMA BRAWNER,** | **Case No.: 14-CV-2702 YGR** |
| **Plaintiff,** | **ORDER SETTING COMPLIANCE HEARING** |
| vs. | |
| **BANK OF AMERICA,** | |
| **Defendants.** | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A compliance hearing regarding the parties' selection of a mediator shall be held on Friday, September 26, 2014 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, by September 19, 2014, the parties shall file either: (a) a statement of selection of a mediator for this action; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**