UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| ZELMA BRAWNER, an individual, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br>    v.<br>BANK OF AMERICA, N.A., and Does 1-25,<br><br>                Defendants.<br>_____/ | No. C 14-02702 YGR (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred a discovery letter brief to the undersigned. *See* ECF No. 24. The court will review it and evaluate whether further proceedings are necessary, including any further briefing or argument.

Going forward, the parties are directed to comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes. Those discovery procedures require, among other things, that the parties meet and confer in person if counsel are local. The court's procedures are designed to prevent any one party from avoiding filing a joint letter brief by allowing counsel to designate the meet-and-confer time if counsel do not agree. If the parties cannot navigate filing a joint letter brief, they may schedule a short case management conference call through courtroom deputy Lashanda Scott.

The letter brief must be filed under the Civil Events category of "Motions and Related Filings >

NOTICE OF REFERRAL AND ORDER
C 14-02702 YGR (LB)

Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: November 13, 2014

_____
LAUREL BEELER
United States Magistrate Judge

NOTICE OF REFERRAL AND ORDER
C 14-02702 YGR (LB)